JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ROBIN BONNER AND LISA BONNER

**DEFENDANTS**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM

**(b)** County of Residence of First Listed Plaintiff   Bucks County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   McLean, IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steven J. DeBonis, Esquire, Cordisco & Saile LLC, 900 Northbrook Drive #120, Feasterville-Trevose, PA 19053; 215-642-2335

Attorneys *(If Known)*
Victoria M. Komarnicki, Esquire, Bennett, Bricklin Saltzburg, LLC, Centre Square, West Tower, 1500 Market Street, 32nd Fl, Philadelphia, PA 19102; 215-665-3303

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Secs. 1332, 1441 and 1446

Brief description of cause:
underinsured motorist claim

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
June 17, 2025

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Victoria M. Komarnicki*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction:___*504 Wyoming Avenue, Langhorne, PA 19047*_____

---

***RELATED CASE IF ANY:***  Case Number:_____  Judge:_____

1.  Does this case involve property included in an earlier numbered suit?                                           Yes ☒

2.  Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?          Yes ☒

3.  Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?   Yes ☒

4.  Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same   Yes ☒
    individual?

5.  Is this case related to an earlier numbered suit even though none of the above categories apply?               Yes ☒
    If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated
action in this court.

---

**Civil Litigation Categories**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief  **\*see certification below\***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

**B.** *Diversity Jurisdiction Cases:*

- ☒ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*:_____
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*_____
  _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications
beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or
federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory
judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒  Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the
money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a
violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐  None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBIN BONNER & LISA BONNER, H/W<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>AND<br>JOHN DOE(S)(a fictitious business entity #1-39) | CIVIL ACTION<br><br>NO. |

## NOTICE OF REMOVAL

AND NOW comes the defendant, State Farm Mutual Automobile Insurance Company, for the purpose only of removing this case to the United States District Court for the Eastern District of Pennsylvania, and respectfully avers as follows:

1. Plaintiffs initiated this action by filing a Civil Action Complaint on May 15, 2025 in the Court of Common Pleas of Bucks County, Pennsylvania at No. 2025-03684 (**Exhibit A**, Complaint).

2. On May 20, 2025 defendant State Farm Mutual Automobile Insurance Company ("State Farm"), was served with the Complaint. (**Exhibit B**, Acceptance of Service).

3. Aside from the Complaint, defendant has been served with no process, pleadings or filings in this matter.

4. This Notice of Removal is timely under 28 U.S.C. §1446(b) as it is being filed within thirty (30) days of service of the Complaint.

5. State Farm is now, and was at the time plaintiffs commenced this civil action, a mutual insurance company organized under the laws of the State of Illinois with its principal place of business located in Bloomington, Illinois.

6.    For purposes of determining diversity under 28 U.S.C. §1332(c)(1), State Farm is a citizen and resident of the State of Illinois.

7.    Plaintiffs, Robin and Lisa Bonner, husband and wife, were at the time of filing this suit and are now, citizens and residents of the Commonwealth of Pennsylvania.

8.    Plaintiffs' Complaint seeks underinsured motorist benefits and alleges claims of breach of contract together with statutory bad faith with respect to those benefits as a result of a March 22, 2021 motor vehicle accident in which Robin Bonner was injured. (See, Exhibit **A**).

9.    State Farm had in effect on the date of the accident insurance policies on which plaintiffs were insured and which included Underinsured Motorist Bodily Injury Benefits with limits totaling One Million Two Hundred Fifty Thousand Dollars ($1,250,000). (Exhibit **A,** ¶35).

10.    The amount in controversy in this matter is in excess of Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs, in that plaintiffs claim in the Complaint:

(a)    damages in excess of $150,000(Exhibit **A,** Wherefore Clause page 14);

(b)    the following injuries were sustained by Robin Bonner: "mental anguish, emotional pain, and depression …..traumatic rupture of the cervical and lumbar intervertebral discs, specifically L4-L5, L5-S1, and C5-C6, post-concussion syndrome, displacement of lumbar intervertebral disc, cervicalgia, low back pain, cervical and lumbar radiculopathy, left hand pain, cognitive, behavioral, emotional, depression, post-traumatic stress disorder, anxiety, and other psychological, orthopedic injuries…" (Exhibit **A**, ¶16); and

(c)    that State Farm breached its obligation to act in good faith pursuant to 42 Pa. C.S. Section 8371, Pennsylvania's bad faith statute, per alleged improper handling of her underinsured motorist claim (Exhibit A, ¶¶46, 47, 63, 64).

11.    This is a suit of a civil nature and involves a controversy between citizens of different states.

12.    State Farm files this Notice of Removal pursuant to 28 U.S.C. §1446(b).

2

13.     The averments made herein are true and correct with respect to the date upon which the Complaint was filed and continuously through the date upon which this Notice is being filed.

14.     Defendant is simultaneously, with the filing of this Notice, giving written notice to the plaintiffs through their attorneys.

15.     Defendant is filing a copy of the instant Notice of Removal, and all attachments thereto, with the Prothonotary of the Court of Common Pleas of Bucks County, Pennsylvania.

WHEREFORE, defendant State Farm Mutual Automobile Insurance Company hereby removes this suit to this Honorable Court pursuant to the laws of the United States.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By:     _Victoria M. Komarnicki_
_____
VICTORIA M. KOMARNICKI
Attorney I.D. No.  34673
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
(215) 665-3303
komarnicki@bbs-law.com
Attorneys for Defendant

June 17, 2025

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BONNER & LISA BONNER, H/W<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>AND<br>JOHN DOE(S) (a fictitious business entity #1-39) | CIVIL ACTION<br><br>NO. |

## NOTICE TO PLAINTIFFS

TO:  Robin Bonner and Lisa Bonner, h/w
c/o Steven J. DeBonis, Esquire
Cordisco & Saile, LLC
900 Northbrook Drive #120
Feasterville-Trevose, PA 19053

Please take notice that defendant State Farm Mutual Automobile Insurance Company, by

its attorneys Bennett, Bricklin & Saltzburg LLC, has filed a Notice of Removal in the United States

District Court for the Eastern District of Pennsylvania of an action previously pending in the Court

of Common Pleas of Bucks County, Pennsylvania, No.  2025-03684.

BENNETT, BRICKLIN & SALTZBURG LLC

By:  _____
VICTORIA M. KOMARNICKI
Attorney I.D. No.  34673
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
(215) 665-3303
komarnicki@bbs-law.com
Attorneys for Defendant
June 17, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBIN BONNER & LISA BONNER, H/W <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY <br> AND <br> JOHN DOE(S) (a fictitious business entity #1-39) | CIVIL ACTION <br><br> NO. |

## PROOF OF FILING

Victoria M. Komarnicki, Esquire, being duly sworn according to law, deposes and says that she is an attorney in the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant State Farm Mutual Automobile Insurance Company, and that she did direct the filing with the Prothonotary of the Court of Common Pleas of Bucks County, Pennsylvania a copy of the Notice of Removal attached hereto, said filing being made electronically this date.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _Victoria M. Komarnicki_

VICTORIA M. KOMARNICKI
Attorney I.D. No.  34673
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
(215) 665-3303
komarnicki@bbs-law.com
Attorneys for Defendant
June 17, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBIN BONNER & LISA BONNER, H/W <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY <br> AND <br> JOHN DOE(S) (a fictitious business entity #1-39) | CIVIL ACTION <br><br> NO. |

**PROOF OF SERVICE**

Victoria M. Komarnicki, Esquire, after being first duly sworn upon oath, deposes and says that she is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for the defendant, State Farm Mutual Automobile Insurance Company, and that she did caused to be served this 17th day of June, 2025 the aforementioned Notice to Plaintiffs upon the individual named below via electronic service through the Court of Common Pleas of Philadelphia County's e-filing system:

> Robin Bonner and Lisa Bonner, h/w
> c/o Steven J. DeBonis, Esquire
> Cordisco & Saile, LLC
> 900 Northbrook Drive #120
> Feasterville-Trevose, PA 1905

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _Victoria M. Komarnicki_

VICTORIA M. KOMARNICKI
Attorney I.D. No.  34673
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
(215) 665-3303
komarnicki@bbs-law.com
Attorneys for Defendant