**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBIN and LISA BONNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | NO.  25-CV-03086-SWR |
| INSURANCE COMPANY | : | |

**STIPULATION TO DISMISS BAD FAITH CLAIMS PURSUANT TO RULE 41(a)**

AND NOW,  this 7th day of July, 2025, the undersigned counsel on behalf of plaintiffs, and on behalf of defendant stipulate that the bad faith claims made in Count II of plaintiffs' Complaint are dismissed with prejudice as plaintiffs intends to proceed with an underinsured motorist claim only with respect to the March 22, 2021 car accident involving plaintiff, Robin Bonner.

CORDISCO & SAILE, LLC

BY:

STEVEN J. DEBONIS
Attorney for Plaintiffs, Robin and Lisa Bonner

BENNETT, BRICKLIN & SALTZBURG, LLC

*Victoria M. Komarnicki*

BY:

VICTORIA M. KOMARNICKI
Attorney for Defendant,
State Farm Mutual Automobile Insurance Company

Approved:

J.